UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJAY BHATNAGAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE PRESIDIO TRUST,<br><br>　　　　　Defendant. | Case No.　14-cv-00327-MEJ<br><br>**ORDER TO SHOW CAUSE** |

　　　　On March 19, 2014, the Court granted Plaintiff Sanjay Bhatnagar's Motion to Stay this case for three months during which he would be out of the country due to family matters.  Dkt. No. 12.  As the stay ended on June 1, the Court ordered Plaintiff to file a status report by June 19, 2014.  Dkt. No. 13.  Plaintiff has failed to respond.  Accordingly, the Court hereby ORDERS Plaintiff Sanjay Bhatnagar to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by July 10, 2014.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on July 24, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  <u>Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed.</u>  Thus, it is imperative that Plaintiff file a written response by the deadline above.

　　　　**IT IS SO ORDERED.**

Dated: June 24, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANJAY BHATNAGAR,

    Plaintiff,

v.

THE PRESIDIO TRUST,

    Defendant.

Case No. 14-cv-00327-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/24/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sanjay Bhatnagar
1599 Green Street
APT 107
San Francisco, CA 94123

Dated: 6/24/2014

Richard W. Wieking
Clerk, United States District Court

By:

Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

2