UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANJAY BHATNAGAR,

    Plaintiff,

  v.

THE PRESIDIO TRUST,

    Defendant.

Case No. 14-cv-00327-MEJ

**ORDER DISCHARGING OSC**

On June 24, 2014, the Court ordered Plaintiff Sanjay Bhatnagar to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt No 14.  Having received Plaintiff's response, the Court DISCHARGES the Order to Show Cause.  Plaintiff shall file his amended complaint by August 29, 2014.

**IT IS SO ORDERED.**

Dated: July 1, 2014

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJAY BHATNAGAR,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRESIDIO TRUST,<br><br>    Defendant. | Case No. 14-cv-00327-MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/1/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sanjay Bhatnagar
1599 Green Street
APT 107
San Francisco, CA 94123


Dated: 7/1/2014

Richard W. Wieking
Clerk, United States District Court

By: /s/ Chris Nathan

Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES