UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANJAY BHATNAGAR,

    Plaintiff,

    v.

THE PRESIDIO TRUST,

    Defendant.

Case No. 14-cv-00327-MEJ

**ORDER DIRECTING U.S. MARSHAL TO SERVE DEFENDANT**

On February 11, 2014, the Court granted Plaintiff Sanjay Bhatnagar's Application to Proceed In Forma Pauperis, but dismissed his initial complaint with leave to amend. Dkt. No. 8. Plaintiff has now filed a First Amended Complaint in compliance with the Court's previous order. Dkt. No. 20. Accordingly, the Court ORDERS the United States Marshal for the Northern District of California to serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, and the Court's orders upon Defendant.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge