UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANJAY BHATNAGAR,

          Plaintiff,

     v.

THE PRESIDIO TRUST,

          Defendant.

Case No.  14-cv-00327-MEJ

**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING EVALUATION FOR APPOINTMENT OF COUNSEL**

Plaintiff  Sanjay Bhatnagar has filed a Motion to Appoint Counsel.  Good cause appearing, IT IS HEREBY ORDERED that this case is referred to the Federal Pro Bono Project of the Volunteer Legal Services Program, which will attempt to find an attorney who is able to represent Plaintiff in these proceedings.  Accordingly,

1.    The Clerk of Court shall forward an electronic copy of the file in this case to the San Francisco Federal Pro Bono Project pursuant to the Guidelines of the Project for referral to a volunteer attorney.

2.    If an attorney can be found to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff until further order of the Court.

3.    All proceedings in this action are hereby STAYED until four weeks from the date an attorney is appointed to represent Plaintiff in this action, or until the Court lifts the stay.

Plaintiff is reminded that referral to the Federal Pro Bono Project does not guarantee that pro bono counsel will be appointed.

**IT IS SO ORDERED.**

Dated: December 15, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANJAY BHATNAGAR,

            Plaintiff,

      v.

THE PRESIDIO TRUST,

            Defendant.

Case No.   14-cv-00327-MEJ

**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

       That on 12/15/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sanjay  Bhatnagar
1599 Green Street
Apt 107
San Francisco, CA 94123

Dated: 12/15/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

2