UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJAY BHATNAGAR,<br>    Plaintiff,<br><br>    v.<br><br>THE PRESIDIO TRUST,<br>    Defendant. | Case No. 14-cv-00327-MEJ<br><br>**ORDER APPOINTING COUNSEL** |

Plaintiff Sanjay Bhatnagar having requested and being in need of counsel to assist him in this matter, and a volunteer attorney willing to be appointed to represent Plaintiff having been located by the Federal Pro Bono Project, IT IS HEREBY ORDERED that Stephanie Skaff, Anthony Grumbach, and James Reese of Farella Braun & Martel are appointed as counsel for Plaintiff in this matter.  The scope of this referral shall be for all purposes for the duration of the case.  The previous stay (Dkt. No. 25) shall remain in effect until four weeks from the date of this Order.  Plaintiff's counsel shall file a status report by February 25, 2015.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: January 14, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge