UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJAY BHATNAGAR,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 14-cv-00327-MEJ<br><br>**ORDER VACATING CMC; ORDER CONTINUING BRIEFING DEADLINES RE: MOTION TO DISMISS**<br><br>Re: Docket No. 55 |

This matter is currently scheduled for a Case Management Conference on July 23, 2015. However, as there is a pending Motion to Dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

Also before the Court is the parties' stipulation to continue briefing deadlines related to Defendant United States of America's Second Motion to Dismiss. Dkt. No. 56. Good cause appearing, the Court GRANTS the parties' request. The deadline for Plaintiff Sanjay Bhatnagar to respond to Defendant's Motion to Dismiss is extended to July 23, 2015, and the deadline for Defendant to file any reply in support of the Motion is extended to August 6, 2015.

**IT IS SO ORDERED.**

Dated: June 29, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge