1 | Stephanie P. Skaff (SBN 183119) | Brian J. Stretch (SBN 163973)
  | sskaff@fbm.com | Acting United States Attorney
2 | Alex Reese (SBN 280530)
  | areese@fbm.com | Alex G. Tse (SBN 152348)
3 | Julia F. Kropp (SBN 298363) | Chief, Civil Division
  | jkropp@fbm.com
4 | | Robin M. Wall (SBN 235690)
  | FARELLA BRAUN + MARTEL LLP | Assistant United States Attorney
5 | 235 Montgomery Street, 17th Floor
  | San Francisco, CA  94104 | 450 Golden Gate Avenue, Box 36055
6 | Telephone:  (415) 954-4400 | San Francisco, California 94102-3495
  | Facsimile:  (415) 954-4480 | Telephone: (415) 436-7071
7 | | Fax: (415) 436-6748
  | Attorneys for Plaintiff | Robin.Wall@usdoj.gov
8 | Sanjay Bhatnagar
  | | Attorneys for Defendant United States
  | | of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanjay Bhatnagar, | Case No.  14-cv-00327-MEJ |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES** |
| vs. | |
| The United States of America, | |
| Defendant. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation re Discovery and Dispos. Motion
Deadlines / Case No. 14-cv-00327-MEJ

31195\5242168.1

Whereas, on December 15, 2015, after consulting with counsel for both parties, Magistrate Judge Beeler continued the date for the settlement conference in this action to April 26, 2016 (Dkt. 70);

Whereas, the new settlement conference date falls just before the deadline for disclosure of expert witnesses, currently set for April 29, 2016 (Dkt. 65);

Whereas, in compliance with Judge Beeler's order, counsel for the parties have met and conferred regarding a plan for discovery to occur before the settlement conference, as described in the declaration of Alex Reese filed with this stipulation in compliance with Civil L.R. 6-2;

Whereas, the parties have agreed that extending certain discovery and dispositive motion deadlines would better facilitate discovery and allow for meaningful settlement discussion at the April 26 conference;

Whereas, extending the discovery and dispositive motion deadlines would not impact the December 12, 2016 trial date or any pretrial deadlines in this case;

Therefore, the parties hereby stipulate and agree that the following deadlines are extended as follows:

- Disclosure of Expert Witnesses: Extended from April 29, 2016 to May 27, 2016;
- Disclosure of Rebuttal Expert Witnesses: Extended from May 9, 2016 to June 10, 2016;
- Close of Discovery: Extended from May 24, 2016 to June 24, 2016;
- Deadline to File Dispositive Motions: Extended from June 23, 2016 to July 22, 2016;
- Hearing on Dispositive Motions: Extended from July 28, 2016 at 10:00 a.m. to September 1, 2016 at 10:00 a.m. (or any other date that is convenient for the Court);
- All other dates remain unchanged.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation re Discovery and Dispos. Motion Deadlines / Case No. 14-cv-00327-MEJ  - 1 -  31195\5242168.1

| | |
|---|---|
| January 20, 2016 | FARELLA BRAUN + MARTEL LLP |
| | By: */s/ Alex Reese* |
| |     Alex Reese |
| | Attorneys for Plaintiff Sanjay Bhatnagar |
| January 20, 2016 | BRIAN J. STRETCH<br>Acting United States Attorney |
| | By: */s/ Robin M. Wall* |
| |     Robin M. Wall<br>    Assistant United States Attorney |
| | Attorneys for Defendant United States of America |

**FILER'S ATTESTATION**

In compliance with Civil L.R. Rule 5-1, I hereby attest that all parties have concurred in the filing of this Stipulation and (Proposed) Order Extending Discovery and Dispositive Motion Deadlines.

January 20, 2016   */s/ Alex Reese*
    Alex Reese

**(PROPOSED) ORDER**

In accordance with a stipulation between the parties, IT IS ORDERED that the deadlines for discovery and dispositive motions are hereby extended as follows:

Stipulation re Discovery and Dispos. Motion Deadlines / Case No. 14-cv-00327-MEJ — - 2 -   31195\5242168.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

1  - Disclosure of Expert Witnesses: Extended from April 29, 2016 to May 27, 2016;
2  - Disclosure of Rebuttal Expert Witnesses: Extended from May 9, 2016 to June 10, 2016;
4  - Close of Discovery: Extended from May 24, 2016 to June 24, 2016;
5  - Deadline to File Dispositive Motions: Extended from June 23, 2016 to July 22, 2016;
7  - Hearing on Dispositive Motions: Extended from July 28, 2016 at 10:00 a.m. to September 1, 2016 at 10:00 a.m. (or any other date that is convenient for the Court);
10 - All other dates remain unchanged.

Date: __January 20__, 2015

_____
Honorable Maria-Elena James
United States Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation re Discovery and Dispos. Motion
Deadlines / Case No. 14-cv-00327-MEJ

- 3 -

31195\5242168.1