Stephanie P. Skaff (SBN 183119)
  sskaff@fbm.com
Alex Reese (SBN 280530)
  areese@fbm.com
Julia F. Kropp (SBN 298363)
  jkropp@fbm.com

FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
Sanjay Bhatnagar

Brian J. Stretch (SBN 163973)
  Acting United States Attorney

Alex G. Tse (SBN 152348)
  Chief, Civil Division

Robin M. Wall (SBN 235690)
  Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7071
Fax: (415) 436-6748
Robin.Wall@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanjay Bhatnagar,<br><br>                Plaintiff,<br><br>        vs.<br><br>The United States of America,<br><br>                Defendant. | Case No. 14-cv-00327-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation and [Proposed] Order Extending
Deadlines / Case No. 14-cv-00327-MEJ

31195\5505866.1

Whereas, on June 7, 2016 the parties participated in a settlement conference before Magistrate Judge Beeler. The parties did not reach an agreement, but agreed that further settlement discussions may be helpful;

Whereas the parties discussed with Magistrate Judge Beeler a potential extension of the schedule with the goal of facilitating further meaningful settlement discussions in connection with summary judgment motions and ahead of trial;

Whereas, with Magistrate Judge Beeler's advice, the parties have agreed that extending the remaining case deadlines and staging the case to allow for early dispositive motions and a hearing on December 22, 2016, would best facilitate further meaningful settlement discussions ahead of trial;

Whereas the parties have also agreed that certain expert disclosures and discovery related to mitigation and damages issues can and should be scheduled after summary judgment motions. Specifically, the parties have agreed that economic expert reports and medical and vocational expert reports concerning plaintiff's current medical condition, disability status, and ability to work should be deferred, which will allow the parties additional time to schedule any necessary examinations, to resolve any disputes regarding the conditions of such discovery, and to explore potential stipulations regarding these issues.

Therefore, the parties hereby stipulate and agree that the following deadlines are extended or implemented as follows, pending the Court's availability and approval:

| Event | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Expert Witnesses (excluding damages and mitigation issues) | June 27, 2016 | September 16, 2016 |
| Disclosure of Rebuttal Expert Witnesses (excluding damages and mitigation issues) | July 11, 2016 | September 30, 2016 |
| Close of Fact Discovery | July 24, 2016 | October 21, 2016 |
| Deadline to File Dispositive Motions | August 24, 2016 | November 4, 2016 |
| Hearing on Dispositive Motions | October 6, 2016 10:00 a.m. | December 22, 2016 10:00 a.m. |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation and [Proposed] Order Extending Deadlines / Case No. 14-cv-00327-MEJ

- 1 -

31195\5505866.1

| Event | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Additional Expert Witnesses on damages and mitigation issues | N/A | January 20, 2017 |
| Disclosure of Additional Rebuttal Expert Witnesses on damages and mitigation issues | N/A | February 3, 2017 |
| Close of Expert Discovery | N/A | February 17, 2017 |
| Deadline to File Pretrial Conference Statement and Related Disclosures, Exhibit Lists, Motions in Limine, and Trial Briefs and Related Documents | October 13, 2016 | March 3, 2017 |
| Deadline to File Motions in Limine Oppositions | October 20, 2016 | March 10, 2017 |
| Pretrial Conference | November 3, 2016 10:00 a.m. | April 5, 2017 at 10:00 a.m. |
| Final Pretrial Conference | December 1, 2016 10:00 a.m. | April 13, 2017 at 10:00 a.m. |
| Trial | December 12, 2016 9:30 a.m. (Duration: 4 days) | May 1, 2017 9:30 a.m. (Duration: 4 days) |

June 21, 2016                                    FARELLA BRAUN + MARTEL LLP

                                                 By: */s/ Julia Kropp*
                                                     Julia Kropp

                                                 Attorneys for Plaintiff Sanjay Bhatnagar

June 21, 2016                                    BRIAN J. STRETCH
                                                 United States Attorney

                                                 By: */s/ Robin Wall*
                                                     Robin M. Wall
                                                     Assistant United States Attorney

                                                 Attorneys for Defendant United States of America

### FILER'S ATTESTATION

In compliance with Civil L.R. Rule 5-1, I hereby attest that all parties have concurred in the filing of this Stipulation and (Proposed) Order.

June 21, 2016                    */s/ Julia Kropp*
                                 Julia Kropp

**[PROPOSED] ORDER**

In accordance with a stipulation between the parties, IT IS ORDERED that the schedule in this case be amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Expert Witnesses (excluding damages and mitigation issues) | June 27, 2016 | September 16, 2016 |
| Disclosure of Rebuttal Expert Witnesses (excluding damages and mitigation issues) | July 11, 2016 | September 30, 2016 |
| Close of Fact Discovery | July 24, 2016 | October 21, 2016 |
| Deadline to File Dispositive Motions | August 24, 2016 | November 4, 2016 |
| Hearing on Dispositive Motions | October 6, 2016 10:00 a.m. | December 22, 2016 10:00 a.m. |
| Disclosure of Additional Expert Witnesses on damages and mitigation issues | N/A | January 20, 2017 |
| Disclosure of Additional Rebuttal Expert Witnesses on damages and mitigation issues | N/A | February 3, 2017 |
| Close of Expert Discovery | N/A | February 17, 2017 |
| Deadline to File Pretrial Conference Statement and Related Disclosures, Exhibit Lists, Motions in Limine, and Trial Briefs and Related Documents | October 13, 2016 | March 3, 2017 |
| Deadline to File Motions in Limine Oppositions | October 20, 2016 | March 10, 2017 |
| Pretrial Conference | November 3, 2016 10:00 a.m. | April 5, 2017 at 10:00 a.m. |
| Final Pretrial Conference | December 1, 2016 10:00 a.m. | April 13, 2017 at 10:00 a.m. |
| Trial | December 12, 2016 9:30 a.m. (Duration: 4 days) | May 1, 2017 9:30 a.m. (Duration: 4 days) |

Date: __June 22__, 2016

_____
Honorable Maria-Elena James
United States Magistrate Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation and [Proposed] Order Extending Deadlines / Case No. 14-cv-00327-MEJ

- 3 -

31195\5505866.1