1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  ROBIN M. WALL (CABN 235690)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7071
7     Fax: (415) 436-6748
      Robin.Wall@usdoj.gov
8
   Attorneys for Defendant
9  United States of America

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14 | SANJAY BHATNAGAR,              ) Case No. 14-cv-00327-MEJ
                                    )
15 |      Plaintiff,                ) **STIPULATION AND [PROPOSED] ORDER
                                    ) EXTENDING DEADLINES**
16 |   v.                           )
                                    )
17 | UNITED STATES OF AMERICA,      )
                                    )
18 |      Defendant.                )
                                    )
19

20

21                          **JOINT STIPULATION**

22      Whereas counsel for plaintiff has asked to move the hearing date to February 2, 2017, due to

23 scheduling difficulties that have arisen since the parties agreed to the January 12, 2017, hearing date;

24      Whereas counsel for defendant has asked for a short extension of the December 16, 2016,

25 deadline for its reply in support of the pending motion for summary judgment;

26      Whereas the parties wish to accommodate these scheduling requests; and

27      Whereas the proposed scheduling changes will not affect any other deadlines in the case or the

28 May 2017 trial date;

STIPULATION AND [PROPOSED] ORDER
14-CV-00327 MEJ

The parties hereby stipulate and agree to continue the following dates in connection with the pending motion for summary judgment:

| Event | Current Date | New Date |
|---|---|---|
| Deadline to file reply | December 16, 2016 | December 21, 2016 |
| Hearing on dispositive motion | January 12, 2017, 10 a.m. | February 2, 2017, 10 a.m. |

Dated:  December 16, 2016                              FARELLA BRAUN +MARTEL LLP

                                                                             By: /s/ Julia Kropp
                                                                             JULIA KROPP
                                                                             Attorneys for Plaintiff Sanjay Bhatnagar

Dated:  December 16, 2016                              BRIAN J. STRETCH
                                                                             United States Attorney

                                                                             By: /s/ Robin M. Wall
                                                                             ROBIN M. WALL
                                                                             Assistant United States Attorney
                                                                             Attorneys for Defendant

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Julia Kropp has concurred in the filing of this document.

Dated:  December 16, 2016                              BRIAN J. STRETCH
                                                                             United States Attorney

                                                                             By: /s/ Robin M. Wall
                                                                             ROBIN M. WALL
                                                                             Assistant United States Attorney
                                                                             Attorneys for Defendant

# [PROPOSED] ORDER

In accordance with the stipulation and agreement between the parties, IT IS ORDERED that the schedule in this case be amended as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Deadline to file reply | December 16, 2016 | December 21, 2016 |
| Hearing on dispositive motion | January 12, 2017, 10 a.m. | February 2, 2017, 10 a.m. |

Date: __December 19__, 2016

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
14-CV-00327 MEJ