Thomas B. Mayhew (SBN 183539)
tmayhew@fbm.com
Alex Reese (SBN 280530)
areese@fbm.com
Julia F. Kropp (SBN 298363)
jkropp@fbm.com

FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
Sanjay Bhatnagar

BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ROBIN M. WALL (CABN 235690)
Assistant United States Attorney
REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7071
Fax: (415) 436-6748
Robin.Wall@usdoj.gov
Rebecca.Falk@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJAY BHATNAGAR<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 14-cv-00327-MEJ (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

As authorized by Federal Rule of Civil Procedure 41(a), Plaintiff Sanjay Bhatnagar and Defendant United States of America, having entered into a settlement agreement and each party having executed the agreement, hereby stipulate to dismissal with prejudice of all of Mr. Bhatnagar's claims against the United States in this action.

Each party will bear its own costs and attorneys' fees.

**It is so stipulated, through counsel of record.**

July 20, 2017       FARELLA BRAUN + MARTEL LLP

By: */s/ Alex Reese*
    Alex Reese

Attorneys for Plaintiff Sanjay Bhatnagar

July 21, 2017      BRIAN J. STRETCH
United States Attorney

By: */s/ Robin M. Wall*
    Robin M. Wall
    Assistant United States Attorney

Attorneys for Defendant United States of America

## FILER'S ATTESTATION

In compliance with Civil L.R. Rule 5-1, I hereby attest that all parties have concurred in the filing of this Stipulation and (Proposed) Order.

August 22, 2017      _____
    Robin M. Wall

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 28, 2017      _____
    Honorable Maria-Elena James
    United States Magistrate Judge